IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STACEY L. CRAFT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10CV9 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on December 17, 2012, was served on the parties in this action. No objections were filed within the time limits prescribed by the statute.

The Court has reviewed the record and determined that there is no clear error on its face. See Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (stating that, although a court must make de novo review of portions of the Magistrate Judge's recommendation to which objection is made, the reviewing court must only satisfy itself that there is no clear error on the face of the record when no objections are made). The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss for failure to prosecute [Doc. #12] be GRANTED and that Plaintiff's case be DISMISSED with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This the 22nd day of January, 2013.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge

-2-

Case 1:10-cv-00009-NCT-JLW   Document 17   Filed 01/22/13   Page 2 of 2